**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JUAN C. MELGAR HERNANDEZ, ) ) Petitioner, ) ) v. ) ) NIKITA BAKER, *et al.*, ) ) Respondents. ) | Civil Action No. 1:25-cv-01663-LKG  Dated: July 3, 2025 |

**SCHEDULING ORDER**

On May 23, 2025, the Petitioner, Juan C. Melgar Hernandez, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On June 6, 2025, the Government filed a response in opposition to the petition and a motion to dismiss. ECF No. 12. The Petitioner's petition for a writ of habeas corpus and the Government's motion to dismiss is now fully briefed. *See* ECF Nos. 1, 12, 13 and 14.

The hearing on the Petitioner's petition for a writ of habeas corpus and the Government's motion to dismiss will be on **July 23, 2025, at 10:00 a.m.**, in the United States Courthouse in Courtroom 4B at 6500 Cherrywood Ln Greenbelt, MD 20770.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge