### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUAN C. MELGAR HERNANDEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> NIKITA BAKER, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 1:25-cv-01663-LKG <br><br> Dated: July 16, 2025 |

### **ORDER**

On May 23, 2025, the Petitioner, Juan C. Melgar Hernandez, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On June 6, 2025, the Government filed a response in opposition to the petition and a motion to dismiss. ECF No. 12. On July 23, 2025, the Court will hold a hearing on the Petitioner's petition for a writ of habeas corpus and the Government's motion to dismiss. *See* ECF No. 15.

In light of the foregoing, the Court **DIRECTS** the parties to be prepared to address the following issues during their oral arguments:

1. Whether the Court possesses subject-matter jurisdiction over the Petitioner's claims.
2. Whether 8 U.S.C. § 1231(a)(6) authorizes the revocation of the Petitioner's Order of Supervision.
3. Whether the Government has complied with 8 C.F.R §§ 241.4(l) and 241.13.
4. Whether the six-month presumptively reasonable period established in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) applies to this matter.
5. Whether there is a good reason to believe that there is no significant likelihood that the Petitioner will be removed from the United States in the reasonably foreseeable future.

**IT IS SO ORDERED.**

                                                                                           s/ Lydia Kay Griggsby
                                                                                            LYDIA KAY GRIGGSBY
                                                                                            United States District Judge