### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JUAN C. MELGAR HERNANDEZ, ) ) ) Petitioner, ) ) v. ) ) NIKITA BAKER, *et al.*, ) ) Respondents. ) ) | Civil Action No. 1:25-cv-01663-LKG<br><br>Dated: July 23, 2025 |

## ORDER

On May 23, 2025, the Petitioner, Juan C. Melgar Hernandez, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On June 6, 2025, the Government filed a response in opposition to the petition and a motion to dismiss. ECF No. 12. On July 23, 2025, the Court held a hearing on the Petitioner's petition for a writ of habeas corpus and the Government's motion to dismiss. ECF No. 18.

For the reasons stated during the hearing, the Court:

(1) **DENIES** the Government's motion to dismiss (ECF No. 12);
(2) **HOLDS-in-ABEYANCE** the resolution of the Petitioner's petition for writ of habeas corpus (ECF No. 1); and
(3) **DIRECTS** the parties to adhere to the following schedule for their supplemental briefing on the issue of whether the Petitioner has shown that there is good reason to believe that there is no significant likelihood that the Petitioner will be removed from the United States in the reasonably foreseeable future:

| | |
|---|---|
| Petitioner's supplemental brief | **July 30, 2025** |
| The Respondents' response in opposition to the Petitioner's supplemental brief | **August 6, 2025** |

| | |
|---|---|
| Petitioner's reply brief | **August 11, 2025** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge