# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUAN C. MELGAR HERNANDEZ, ) ) Petitioner, ) ) v. ) ) NIKITA BAKER, *et al.*, ) ) Respondents. ) ) | Civil Action No. 1:25-cv-01663-LKG<br><br>Dated: August 28, 2025 |

## ORDER

On May 23, 2025, the Petitioner, Juan C. Melgar Hernandez, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On June 6, 2025, the Government filed a response in opposition to the petition and a motion to dismiss. ECF No. 12. On July 23, 2025, the Court held a hearing on the Petitioner's petition for a writ of habeas corpus and the Government's motion to dismiss. ECF No. 18.

On July 30, 2025, and August 6, 2025, the parties filed supplemental briefing on the Petitioner's petition for a writ of habeas corpus. On August 28, 2025, the Court held a hearing on the petition for a writ of habeas corpus. ECF No. 26.

For the reasons stated during the hearing, the Court:

(1) **HOLDS-in-ABEYANCE** the resolution of the Petitioner's petition for writ of habeas corpus (ECF No. 1); and

(2) **DIRECTS** the parties to file a joint status report on or before **October 13, 2025**, regarding:

- Whether the Government has made a reasonable fear determination;
- Whether the Mexican Consulate has responded to the Government's Request for Acceptance of Alien;
- Whether the Petitioner has been issued travel documents for removal to Mexico, or any other country for the purpose of removal.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge