**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JUAN C. MELGAR HERNANDEZ, ) ) Petitioner, ) ) v. ) ) NIKITA BAKER, *et al.*, ) ) Respondents. ) ) | Civil Action No. 1:25-cv-01663-LKG Dated: January 8, 2026 |

**ORDER**

On May 23, 2025, the Petitioner, Juan C. Melgar Hernandez, filed a petition for a writ of habeas corpus in the above-captioned matter.  ECF No. 1.  On November 25, 2025, the parties filed a joint status report stating that the Petitioner has been removed from the United States.  ECF No. 29.

In light of the foregoing, the Court **DISMISSES** the Petitioner's petition for a writ of habeas corpus (ECF No. 1).

The Clerk is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge